IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH L. BROWN,

    Plaintiff,

v.

BRENNER and UNKNOWN PARTY,

    Defendants.

Case No. 3:11-cv-00109-JPG-PMF

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Brenner and against plaintiff Brown on all claims. Defendant "unknown party" is dismissed without prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Date: June 12, 2012**

**APPROVED**: s/ J. Phil Gilbert
        **DISTRICT JUDGE**